UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COWIN TECHNOLOGY CO., LTD., <br><br> Petitioner, <br><br> -against- <br><br> AMAZON.COM, INC. and AMAZON.COM SERVICES, LLC, <br><br> Respondents. | 23-CV-03054 (ALC) <br><br> <u>ORDER OF ABEYANCE</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Respondents Amazon.com, Inc. and Amazon.com Services, LLC's letter dated April 25, 2023. ECF No. 5. It is hereby ORDERED that pending the Court's resolution of Petitioner Cowin Technology Co., Ltd.'s forthcoming motion to remand, Petitioner's motion to vacate, and any cross-motion to confirm, the arbitration award is held in abeyance.

**SO ORDERED.**

Dated:   April 25, 2023
             New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**