UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
COWIN TECHNOLOGY CO., LTD.,  :
 :
                 *Plaintiff*,  :
 :    1:23-cv-03054 (ALC)
    -against-  :
 :    CONFERENCE ORDER
AMAZON.COM SERVICES, LLC, et al.,  :
 :
                 *Defendant*.  :
 :
 :
 :
-------------------------------------------------------------------- :
 :
 x

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on Thursday, July 20, 2023 at 3PM Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:    July 11, 2023**
             **New York, New York**

*/s/ Andrew L. Carter*
**ANDREW L. CARTER, JR.**
**United States District Judge**