UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

COWIN TECHNOLOGY CO., LTD.,

                *Plaintiff*,

    -against-

AMAZON.COM SERVICES, LLC, et al.,

                *Defendant*.

------------------------------------------------------------------- x

1:23-cv-03054 (ALC)

AMENDED CONFERENCE ORDER

**ANDREW L. CARTER, JR., District Judge:**

    The Court will hold a telephonic conference in this action on Wednesday, September 13, 2023 at 2:30PM Eastern Time.

    All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:    July 19, 2023**
             **New York, New York**

                           **ANDREW L. CARTER, JR.**
                           **United States District Judge**