UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
COWIN TECHNOLOGY CO., LTD.,

               *Plaintiff*,

      -against-

AMAZON.COM SERVICES, LLC, et al.,

               *Defendants*.

------------------------------------------------------------------ x

1:23-cv-03054 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

For the reasons stated on the record at today's hearing, Plaintiff's petition to remand is **DENIED.** The Clerk of the Court is respectfully directed to terminate the open motion at ECF No. 8. The parties are ORDERED to adhere to the following briefing schedule:

    Amended Complaint & Motion to Vacate:    September 27, 2023

    Opposition & Cross-Motion to Confirm:    October 25, 2023

    Reply:    November 1, 2023

    Sur-Reply:    November 8, 2023

**SO ORDERED.**

**Dated:  September 13, 2023**
           New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**