**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
COWIN TECHNOLOGY CO., LTD.,

                      Plaintiff,

        -against-                                  23 **CIVIL** 3054 (ALC)

                                                    **JUDGMENT**

AMAZON.COM SERVICES, LLC, et al.,

                     Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 12, 2024, Petitioner's petition to vacate the arbitral award, ECF No. 26, is DENIED, and Respondents' cross-motion to confirm the award, ECF No. 31, is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 13, 2024

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                             **Clerk of Court**

                               **BY:**         *K. Mango*
                                                             _____
                                                             **Deputy Clerk**